Prob12B
D/NV Form
Rev. Mar. 2007

```
┌─────────────────────────────────────┐
│ ___✓_ FILED      ___ RECEIVED         │
│ ___ ENTERED      ___ SERVED ON        │
│            COUNSEL/PARTIES OF RECORD  │
│      ┌──────────────────┐             │
│      │                  │             │
│      │   FEB - 1 2012    │            │
│      │                  │             │
│      └──────────────────┘             │
│      CLERK US DISTRICT COURT          │
│       DISTRICT OF NEVADA              │
│ BY: _____ DEPUTY   │
└─────────────────────────────────────┘
```

**United States District Court**

for

the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 31, 2012**

**Name of Offender:**   JAY AUGUST SWANSON

Case Number:    3:03-cr-0140-LRH-RAM

Name of Sentencing Judicial Officer:   Honorable Larry R. Hicks

Date of Original Sentence:   March 18, 2004

Original Offense:   Possession of an Unregistered Firearm

Original Sentence:    100 months imprisonment with 3 years supervised release

Date Supervision Commenced:    January 4, 2012

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

_✓_ To modify the conditions of supervision as follows:

1.   **Residential Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.**

## CAUSE
On January 4, 2012, Swanson commenced his 3 year term of supervised release after completion of 100 months imprisonment following his conviction for Possession of Unregistered Shotgun.  Swanson was accepted for supervision by the District of North Dakota.  At this time, Swanson is indigent and therefore the District of North Dakota is requesting that Swanson's conditions of supervision be modified by adding up to six month residential re-entry center placement.   This will afford Swanson the opportunity to find gainful full-time employment so that he may sustain himself.   Swanson is in agreement with this modification as shown on the attached Probation Form 49-Waiver of Hearing to Modify Conditions of Supervised Release.

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: JAY AUGUST SWANSON**

Respectfully submitted,

TODD WHITE
Supervising United States Probation Officer

---

***THE COURT ORDERS:***

_____ No action

_____The extension of supervision as noted above

\_\_\_\_✔\_\_\_ **The modification of conditions as noted above**

_____ Other

_____
Signature of Judicial Officer

1/31/12
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.

Witness _____          Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____
Date